**ON REHEARING**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-4900**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DAVID RAY CALLOWAY, a/k/a Tony Montana,

Defendant - Appellant.

---

**No. 03-4906**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DANA SANDER,

Defendant - Appellant.

---

Appeals from the United States District Court for the Middle District of North Carolina, at Greensboro. William L. Osteen, District Judge. (CR-03-142)

---

Submitted: February 11, 2005          Decided: March 8, 2005

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Vacated and remanded by unpublished per curiam opinion.

_____

Thomas N. Cochran, Assistant Federal Public Defender, Greensboro, North Carolina; H. Dean Steward, San Clemente, California, for Appellants. Anna Mills Wagoner, United States Attorney, Paul A. Weinman, Assistant United States Attorney, Winston-Salem, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants petition this court for rehearing of their earlier appeals. In light of <u>United States v. Booker</u>, 125 S. Ct. 738 (2005), and <u>United States v. Hughes</u>, ___ F.3d ___, 2005 WL 147059 (4th Cir. Jan. 24, 2005), we grant the petition for rehearing. We find that the district court plainly erred in imposing sentences that exceeded the maximum allowed based on facts established by Appellants' guilty pleas. We therefore vacate their sentences and remand these cases for proceedings consistent with <u>Hughes</u>. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>VACATED AND REMANDED</u>